IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CT-3092-D

| | |
|---|---|
| DEMAR WORRELL, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) **ORDER ON SCHEDULING** ) ) |
| SERGEANT SPARKS, et al., | ) ) |
| Defendants. | ) |

This case comes before the court for entry of a scheduling order. Having reviewed the record, it is ORDERED as follows:

1. All motions, except those relating to the admissibility of evidence at trial, shall be filed by August 1, 2014. Untimely motions may be summarily disregarded. In considering what dispositive motions may be appropriate, the parties are reminded that the court has already conducted a review of the complaint, pursuant to 28 U.S.C. § 1915A, to "identify cognizable claims or dismiss the complaint, or any portion of the complaint, [that] (1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." 28 U.S.C. § 1915A(b).

2. In the event the court finds that a motion raises genuine issues of material fact, a subsequent order will issue scheduling a final pretrial conference and setting the case for trial before Chief United States District Judge James C. Dever III.

3. Requests for modification of the scheduling order that will require a continuance of the trial will be granted only upon a strong showing of due diligence and good cause.

SO ORDERED, this  2  day of June, 2014.

Robert B. Jones, Jr.
United States Magistrate Judge