IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
FILE NO. 5:14-CT-3092-D

FILED
SEP 16 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| DEMAR WORRELL, AND ANTHONY VELASQUEZ | |
| PLAINTIFFS, | MOTION FOR AN EXTENSION OF DEADLINE |
| V.S | |
| SGT. SPARKS AND SGT. WINN DEFENDANTS | |

NOW COME PLAINTIFF, ANTHONY VELASQUEZ, PRO-SE, PURSUANT TO RULE 12 OF THE FED. R. CIV. P., REQUESTS FOR A MOTION FOR AN EXTEN-SION OF DEADLINE ON THE FOLLOWING LISTED BELOW MOTION FILING DOCUMENTS WITHIN THUS SAID UNITED STATES DISTRICT COURT PROCEED-INGS.

A). PROCEDURAL GROUNDS UPON A MOTION FOR AN EXTENSION:

1). THUS SAID PLAINTIFF(S) ARE IN NEED FOR AN EXTENSION UPON ATT--RIEVEING MORE EVIDENCE FOR A MOTION FOR SUMMARY JUDGMENT AND/OR MOTION FOR PARTIAL SUMMARY JUDGMENT.

2). THUS SAID PLAINTIFFS ARE FILING IN PRO-SE AND IS REQUESTING

FOR THUS SAID FEDERAL COURTS TO APPOINT THEM ATTORNEY COUNSEL TO PROCEED WHILE IN PRE-TRIAL INCARCERATION AND UNDER "MAJOR" HEALTH ILLNESS CONDITIONS FOR (MR VELASQUEZ)

3). THUS SAID PLAINTIFF(S) ARE REQUESTING A EXTENSION FOR A PRODUCTION OF DOCUMENTS FROM THE DEFENDANTS.

4). THUS SAID PLAINTIFF(S) ARE REQUESTING A EXTENSION FOR A HOST OF COURT ORDER AFFIDAVITS AND A DECLARATION AFFIDAVITS FROM WITNESSES.

5). THUS SAID PLAINTIFF(S) ARE REQUESTING A EXTENSION FOR A MOTION FOR A MORE DEFINITE STATEMENTS UPON THE DEFENDANTS NOT UNDERSTANDING (MR VELASQUEZ) GENUINE ISSUE AS TO THE MATERIAL FACTS.

6) THUS SAID PLAINTIFF(S) ARE REQUESTING FOR A EXTENSION ON FILING THE PLAINTIFFS FIRST SET OF INTERROGATORIES TO THE DEFENDANTS.

7). THUS SAID PLAINTIFF(S) ARE IN A NEED FOR MORE TIME UPON A EXTENSION TO FILING FOR A DISPOSITION HEARING ON THE DEFENDANTS AND/OR POSSIBLE WITNESSES.

WHEREFORE, PLAINTIFF ANTHONY VELASQUEZ PRO-SE HEREBY MOVES

THAT THIS COURT MAKE A MOTION FOR AN EXTENSION OF DEADLINE WITHIN THUS SAID UNITED STATES DISTRICT COURT PROCEEDING(S)

I DECLARE UNDER PENALTY OF PREJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AT VANCEBORO, NORTH CAROLINA ON SEPTEMBER 2014

/s/ Anthony Velasquez

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT THE FOREGOING "MOTION FOR AN EXTENSION OF DEADLINE", WAS DULY SERVED UPON THE FOLLOWING BY PLACING A COPY OF SAME IN THE UNITED STATES MAIL, POSTAGE PREPAID AND PROPERLY ADDRESSED AS FOLLOWS:

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF N.C
   P.O. BOX #25670
RALEIGH, N.C 27611

THIS THE ____ DAY OF _____, 2014

/s/ Anthony Velasquez · 9/11/14
ANTHONY VELASQUEZ
CRAVEN C.I. P.O. BOX #839
VANCEBORO N.C 28586