FILED
SEP 25 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
CASE FILE NO. 5:14-CT-3092-D

| | |
|---|---|
| DEMAR WORRELL AND ANTHONY VELASQUEZ<br><br>PLAINTIFFS,<br><br>V.S<br><br>SGT SPARKS AND SGT WINN<br>DEFENDANTS, | SUBPOENA AD TESTIFICATUM<br>AND/OR<br>SUBPOENA DUCES TECUM |

NOW COME PLAINTIFF, ANTHONY VELASQUEZ PRO-SE HEREIN RESPECTFULLY MOVE THE COURT FOR A SUBPOENA AD TESTIFICATUM AND/OR SUBPOENA DUCES TECUM WITHIN THUS SAID UNITED STATES DISTRICT COURT PROCEEDING(S)

1). THUS SAID PLAINTIFF IS REQUESTING FOR SGT LARRY WINN FOR A SUBPOENA AD TESTIFICATUM AT 1:00PM IN THE EASTERN DISTRICT FEDERAL COURT HOUSE

2). THUS SAID PLAINTIFF IS REQUESTING FOR MAJOR F.S. GREENFEILD FOR A SUBPOENA DUCES TECUM ALONG WITH RECORDS OF GRIEVANCE DOCUMENTS AND SURVEILLANCE VIDEO DVD UPON TIMES AND DATES

OF SEGREGATION AND POPULATION HOUSING OF MR. VELASQUEZ AT 1:00 PM IN THE EASTERN DISTRICT FEDERAL COURT HOUSE.

3). THUS SAID PLAINTIFF IS REQUESTING FOR NURSE L.P.N. TAMMY HOOD FOR A SUBPOENA AD TESTIFICATUM AT 1:00 PM IN THE EASTERN DISTRICT FEDERAL COURT HOUSE

4) THUS SAID PLAINTIFF IS REQUESTING FOR DR. LEE MCCASKILL FOR A SUBPOENA DUCES TECUM ALONG WITH RECORDS OF SICK CALL REQUEST AND/OR ANY MEDICAL RECORDS OF MR. VELASQUEZ CONCERNING ANY PHARMACY PRESCRIPTIONS AND PRIVATE DOCTOR RECORDS AT 1:00 PM IN THE EASTERN DISTRICT FEDERAL COURT HOUSE.

WHEREFORE PLAINTIFF, ANTHONY. VELASQUEZ, PRO-SE HEREBY RESPECTFULLY PRAYS FOR COURTS TO ISSUE ITS SUBPOENA AD TESTIFICATUM AND/OR SUBPOENA DUCES TECUM WITHIN THUS SAID UNITED STATES DISTRICT COURT PROCEEDING(S)

/s/ Anthony Velasquez
ANTHONY. VELASQUEZ
CRAVEN C.I
P.O. BOX #839
VANCEBORO N.C. 28586

# CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT THE FOREGOING SUBPOENA AD TESTIFI--CATUM AND/OR SUBPOENA DUCES TECUM WAS DULY SERVED UPON THE FOLLOWING BY PLACING A COPY OF SAME IN THE UNITED STATES MAIL POSTAGE PREPAID, AND PROPERLY ADDRESSED AS FOLLOWS:

| | |
|---|---|
| CLERK'S OFFICE | ATTY MR. SCOTT. C. HART |
| UNITED STATES DISTRICT COURT | SUMRELL, SUGG, CARMICHAEL, HICKS |
| P.O. BOX 25670 | AND, HART |
| EASTERN DISTRICT OF NORTH CAROLINA | ATTORNEY AT LAW COUNSEL |
| RALEIGH, NC. 27611 | POST OFFICE DRAWER #889 |
| | NEW BERN, NC 28563 |

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED AT VANCEBORO NC ON THE DAY 21 OF SEPTEMBER 2014
/s/ Anthony Velasquez

/s/ Anthony Velasquez - 9/21/14
ANTHONY. VELASQUEZ
CRAVEN C.I
P.O BOX # 839
VANCEBORO N.C. 28586